IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: April 4, 2012 |
| Court Reporter: Darlene Martinez | Time: 38 minutes |
| Probation Officer: Gary Burney | Interpreter: Ruth Warner |

**CASE NO. 11-CR-00289-PAB and 11-CR-00520-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Mark Barrett |
| Plaintiff, | |
| vs. | |
| **MIGUEL PENA-ORTIZ,** | Matthew Belcher |
| Defendant. | |

**SENTENCING and REVOCATION OF SUPERVISED RELEASE**

**2:02 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Interpreter sworn with no challenges to his qualifications.

**2:04 p.m.    SENTENCING**

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case.

Page Two
11-CR-00289-PAB and 11-CR-00520-PAB
April 4, 2012

The report is incorporated by reference as part of the Court's findings and conclusions.

Argument by Mr. Belcher in support of defendant's Motion for Downward Sentencing Variance and comments addressing sentencing.

Argument by Mr. Barrett and comments addressing sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered his plea on **November 9, 2011** to count **1 of the Indictment.**

**ORDERED:** Defendant's Motion for Downward Sentencing Variance (Doc # 22) is **DENIED as MOOT.**

**ORDERED:** Government's Motions for Decrease for Acceotance of Responsibility and Other Motions (Doc #32) and For Third Level for Acceptance of Responsibility and Concurrence in Defense Motion for One Level Variance (D0c #28) are **GRANTED.**

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **51**months.

Defendant is advised that if he enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecutions.

**ORDERED:** Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days.

## 11-CR-00520-PAB HEARING ON REVOCATION OF SUPERVISED RELEASE

Mr. Belcher advises that the defendant is prepared to admit to the violation alleged in the Petition for Revocation of Supervised Release.

Page Three
11-CR-00289-PAB and 11-CR-00520-PAB
April 4, 2012

Defendant ADMITS to the violation alleged in the Petition for Revocation of Supervised Release.

Mr. Belcher addresses sentencing.

Mr. Barrett addresses sentencing.

Defendant addresses the Court.

Court states its findings.

**ORDERED:** Supervised Release is **REVOKED.**

**ORDERED:** Defendant shall be **imprisoned** for **12** months, to be served concurrently with sentence of imprisonment imposed in Case No. 11-CR-00289-PAB.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**2:40 p.m.    COURT IN RECESS**

**Total in court time:        38 minutes**

**Hearing concluded**